61 A.3d 191

COMMONWEALTH of Pennsylvania, Respondent

v.

Michael PISKANIN, Jr., Petitioner.

Supreme Court of Pennsylvania.

Feb. 5, 2013.

## ORDER

PER CURIAM.

AND NOW, this 5th day of February, 2013, the Petition for Allowance of Appeal, the Application for Bail and the Application for Relief are **DENIED.**